# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Roger J. Haskins**

    vs.                                **CASE NUMBER: 5:08-CV-1107 (FJS/VEB)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby adopted in its entirety, therefore this case is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, Jr., dated the 23rd day of August, 2010.

DATED: August 23, 2010

                                                      *[signature]*
                                                      Clerk of Court

                                                      s/

                                                      Joanne Bleskoski
                                                      Deputy Clerk