# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

**ROGER HASKINS**

    vs.                                           **CASE NUMBER: 5:08-CV-1107 (FJS/VEB)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Stipulation of the parties is approved, Plaintiff is awarded $6,700.00 in Attorney Fees pursuant to the Equal Access to Justice Act.

All of the above pursuant to the Order of the Honorable Judge Frederick J. Scullin, dated the 9th day of November, 2010.

DATED: November 9, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk